FILED
SEP 1 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 09-CR-01589-GT |
| vs. | ) | |
| JORGE URVINA-NAVARRO | ) | ORDER RE: JOINT MOTION TO CONTINUE SENTENCING HEARING |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing in the above-captioned matter shall be continued to October 7, 2009 at 9:00 a.m.

DATED: 9-15-09

GORDON THOMPSON JR.
JUDGE UNITED STATES DISTRICT COURT